STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Zoltan Boka
In Proper Person
34-33 83rd Street
Jackson Height NY 11372

**REHEARING ACTION: February 29, 2012**

**Docket Number: 11   01481-CW**

**ZOLTAN BOKA
VERSUS
DR. JOHN W. OLLER, JR.**

**Writ Application from Lafayette Parish Case No. 2009-7288-F**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett
Hon. Shannon J. Gremillion
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Zoltan Boka** has this day been

    **DENIED.**

cc: Diogenis C. Panagiotis, Counsel for the Respondent
   Robin Lynn Jones, Counsel for the Respondent